

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 0 2 2010 **NF**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | 09 CR 1061 | **JUDGE CONLON** |
|---|---|---|
| v. | | |
| DEOQUISTO D. DENNIS | Violations: Title 18, United States Code, Section 2113(a) | |

**MAGISTRATE JUDGE SCHENKIER**

### COUNT ONE

The SPECIAL AUGUST 2009-1 GRAND JURY charges:

On or about December 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

DEOQUISTO D. DENNIS,

defendant herein, by intimidation, did attempt to take from the person and presence of a bank teller at Chase Bank, 4730 West 79th Street, Chicago, United States Currency belonging to and in the care, custody, control, management, and possession of Chase Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL AUGUST 2009-1 GRAND JURY further charges:

On or about December 17, 2009, at Oak Lawn, in the Northern District of Illinois, Eastern Division,

DEOQUISTO D. DENNIS,

defendant herein, by intimidation, did take from the person and presence of a bank teller at TCF National Bank, 8801 South Ridgeland Avenue, Oak Lawn, Illinois, approximately $617 in United States Currency belonging to and in the care, custody, control, management, and possession of TCF National Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL AUGUST 2009-1 GRAND JURY further charges:

On or about December 22, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

DEOQUISTO D. DENNIS,

defendant herein, by intimidation, did take from the person and presence of a bank teller at TCF National Bank, 7910 South Cicero Avenue, Chicago, Illinois, approximately $742 in United States Currency belonging to and in the care, custody, control, management, and possession of TCF National Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY